Date Signed:
July 11, 2014



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>DONALD VAN HOUTEN TOTTEN, JR.,<br><br>Debtor. | Case No. 12-00332<br>Chapter 7 |
| MARYANN LANDAUER,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD VAN HOUTEN TOTTEN, JR.,<br><br>Defendant. | Adv. Pro. No. 14-90005 |

## JUDGMENT

Pursuant to the Decision After Trial,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

Judgment is entered in favor of plaintiff MaryAnn Landauer denying the

discharge of defendant Donald Van Houten Totten, Jr., in his underlying bankruptcy

Totten.wpd

case, pursuant to 11 U.S.C. §§ 727(a)(2) and (4). All other claims, in the adversary complaint, are dismissed.

## END OF JUDGMENT